# Exhibit 1

**From:** Morse, Trent M. EOP/WHO <Trent.M.Morse@who.eop.gov>
**Sent:** Friday, August 1, 2025 3:37:51 PM
**To:** Arthur Gonzalez <arthur.gonzalez@promesa.gov>
**Subject:** [EXTERNAL] Message from PPO

Dear Mr. Gonzalez,

On behalf of President Donald J. Trump, I am writing to inform you that your position as a Member of the Financial Oversight and Management Board for Puerto Rico is terminated effective immediately.

Thank you for your service.

Trent Morse
Deputy Director
Presidential Personnel

CONFIDENTIALITY NOTE: This electronic transmission contains information belonging to the Financial Oversight and Management Board for Puerto Rico, its subsidiaries and/or affiliates, which is confidential and/or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail or telephone that this message has been inadvertently transmitted to you and delete this e-mail from your system. If you have received this transmission in error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the information is strictly prohibited. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.