# Exhibit 3



← Post



**Andrew G. Biggs** ✓
@biggsag

I'm proud to have served with my five @fomb colleagues, who worked for years, unpaid and often unfairly criticized, to improve life for the 3 million US citizens living in Puerto Rico. They deserve everyone's gratitude, and they certainly have mine.



Trump administration dismisses majority of federal board overseeing Puerto Rico's fin…

From apnews.com

2:12 PM · Aug 6, 2025 · **4,438** Views



💬 2     🔁 16     ♡ 23     🔖 2     ↑