# Exhibit 4

Morse, Trent M. EOP/WHO <Trent.M.Morse@who.eop.gov>

To: Andrew Biggs
Cc: Robert Mujica

Wed 8/13/2025 10:58 AM

Dear Andrew,

On behalf of President Donald J. Trump, I am writing to inform you that your position as a Member of the Financial Oversight and Management Board for Puerto Rico is terminated effective immediately.

Thank you for your service.

Trent Morse
Deputy Director
Presidential Personnel