UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI): Indiano, David C.

USDC-PR Bar Number: 200601

Email Address: david.indiano@indianowilliams.com

1. Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

    Plaintiff: Arthur J. Gonzalez

    Defendant: Sergio Gor

2. Indicate the category to which this case belongs:

    ☒ Ordinary Civil Case
    ☐ Social Security
    ☐ Banking
    ☐ Injunction

3. Indicate the title and number of related cases (if any).

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

    ☐ Yes
    ☒ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

    ☐ Yes
    ☒ No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

    ☐ Yes
    ☒ No

Date Submitted: 09/18/2025

rev. Dec. 2009

[Print Form]   [Reset Form]