UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ARTHUR GONZALEZ**, in his personal capacity and in his official capacity as Member of the Federal Oversight and Management Board for Puerto Rico<br><br>**ANDREW G. BIGGS**, in his personal capacity and in his official capacity as Member of the Federal Oversight and Management Board for Puerto Rico<br><br>**BETTY A. ROSA**, in her personal capacity and in her official capacity as Member of the Federal Oversight and Management Board for Puerto Rico<br><br>*Plaintiffs*,<br>v.<br><br>**SERGIO GOR**, in his official capacity as Director of the White House Personnel Office<br><br>**JOHN E. NIXON**, in his official capacity as Member of the Federal Oversight and Management Board for Puerto Rico<br><br>**ROBERT F. MUJICA**, in his official capacity as the Executive Director of the Federal Oversight and Management Board for Puerto Rico<br><br>**DONALD J. TRUMP**, in his official capacity as President of the United States of America<br><br>*Defendants*. | No. 25-CV-1508 (MAJ) |

### [PLAINTIFFS' PROPOSED] ORDER

The Motion for a Preliminary Injunction filed by Plaintiffs Arthur J. Gonzalez, Andrew G. Biggs, and Betty A. Rosa (ECF No. \_\_) is GRANTED.

It is further ORDERED that Defendants Sergio Gor, John F. Nixon, and Robert F Mujica are preliminarily ENJOINED from effectuating in any manner Plaintiffs' removal from their positions as a member of the Federal Oversight and Management Board for Puerto Rico, including by treating them as having been removed and denying or obstructing them access to any of the rights, responsibilities, benefits or resources of their office, placing a replacement in Plaintiffs' positions, or otherwise recognizing any other person as a member of the Federal Oversight and Management Board for Puerto Rico in their place, pending the resolution of this litigation.

    SO ORDERED.

                                             _____
                                             Judge María Antongiorgi-Jordán
                                             United States District Judge

Date _____