IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ARTHUR GONZALEZ, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SERGIO GOR, *et al.*, <br><br> *Defendants*. | Case No. 25-CV-1508-MAJ |

**DEFENDANTS' NOTICE OF LIMITED OPPOSITION TO PLAINTIFFS'
REQUEST FOR EXPEDITED BRIEFING**

Defendants intend to respond to Plaintiffs' Motion for a Preliminary Injunction (ECF No. 8) but file this notice to oppose Plaintiffs' request to expedite briefing in the above-captioned case on that motion. Local Rule 7(b) allows 14 days to respond to a motion for a preliminary injunction, and Plaintiffs offer no persuasive reason to shorten that time.

Plaintiffs allege they were removed from the Financial Oversight and Management Board for Puerto Rico (the "Board") on August 1 and August 13, 2025, *see* Compl. (ECF No. 1) ¶¶ 40-44, yet waited until September 22—more than five weeks after the last removal—to move for a preliminary injunction. *See* Motion for a Preliminary Injunction (ECF No. 8). Despite asking this Court to "expedite the briefing and hearing" on that motion, *see id.* at 3, Plaintiffs offer no explanation for why that is necessary, or why they waited so long to seek emergency relief.

Plaintiffs' delay in filing this motion belies any suggestion the Court should

shorten Defendants' time to respond. And allowing Defendants the time prescribed by the Local Rules for a response would ensure that the Court can have fulsome briefing addressing the important topics raised by this case. Further, there is no pressing need for an immediate injunction because Plaintiffs acknowledge that they were removed from office, and none of their salaries depend on their Board positions. *See* Compl. ¶ 43 (noting that Board members are "unpaid").

Because of the multiple issues presented and Plaintiffs' decision to wait more than five weeks to move for preliminary injunctive relief, Defendants respectfully request the Court to deny Plaintiffs' request to expedite the briefing and allow Defendants to respond to the motion in the ordinary time (14 days) provided by Local Rule 7(b).

Dated: September 23, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director

W. STEPHEN MULDROW
United States Attorney
350 Chardon Avenue
Torre Chardon, Suite 1201
Hato Rey, Puerto Rico, 00918

*s/Priscila M. Acevedo*
PRISCILA M. ACEVEDO
Assistant United States Attorney

USDC-PR No. 307301
Tel: 787-282-1847
priscila.acevedo@usdoj.gov

*/s/ J. Stephen Tagert*
J. STEPHEN TAGERT*
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8486
stephen.tagert@usdoj.gov

* Application for temporary permission under Local Rule 83A(e)(3) forthcoming

*Counsel for Defendants*