UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ARTHUR GONZALEZ, in his personal capacity and in his official capacity as Member of the Financial Oversight and Management Board for Puerto Rico

ANDREW G. BIGGS, in his personal capacity and in his official capacity as Member of the Financial Oversight and Management Board for Puerto Rico

BETTY A. ROSA, in her personal capacity and in her official capacity as Member of the Financial Oversight and Management Board for Puerto Rico

    *Plaintiffs*,
v.

SERGIO GOR, in his official capacity as Director of the White House Personnel Office

JOHN E. NIXON, in his official capacity as Member of the Financial Oversight and Management Board for Puerto Rico

ROBERT F. MUJICA, in his official capacity as the Executive Director of the Financial Oversight and Management Board for Puerto Rico

DONALD J. TRUMP, in his official capacity as President of the United States of America

    *Defendants*.

No. 25-CV-1508 (MAJ)

## NOTICE OF ERRATA AND MOTION TO FILE AMENDED PLEADINGS TO CORRECT A TYPOGRAPHICAL ERROR

Plaintiffs Arthur J. Gonzalez, Andrew G. Biggs, and Betty A. Rosa in this lawsuit challenging their removal from the Financial Oversight and Management Board for Puerto Rico (FOMB) filed a complaint (ECF No. 1) and a motion for a preliminary injunction (ECF No. 8),

which included as attachments several exhibits, declarations, and a proposed order. After filing those documents, Plaintiffs discovered a typographical error: the FOMB was identified as the *Federal* Oversight and Management Board, and not, as is correct, the *Financial* Oversight and Management Board. Plaintiffs therefore seek leave to file amended documents solely to correct that typographical error. The documents to be amended include the complaint, the preliminary injunction motion, the declarations, and the proposed order, amended versions of which are attached as exhibits to this Notice of Errata and Motion to File Amended Pleadings to Correct a Typographical Error. Amending these errata would cause Defendants no "undue prejudice," *In re Initial Pub. Offering Sec. Litig.*, 224 F.R.D. 550, 555 (S.D.N.Y. 2004), because notwithstanding the typographical error, the complaint and preliminary injunction clearly identify the relevant entity as the Financial Oversight and Management Board for Puerto Rico. Accordingly, Plaintiffs request that the amended documents attached to this pleading be filed to replace the documents containing the typographical error.

Respectfully submitted,

/s/ David C. Indiano
DAVID C. INDIANO
USDCPR Bar. No. 200601
INDIANO & WILLIAMS
207 Del Parque St
7th Floor
San Juan, Puerto Rico 00912
David.indiano@indianowilliams.com
787-641-4545

/s/ Andrew H. Warren
ANDREW H. WARREN‡
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave SE
Unit 15180

/s/ James I. Pearce
JAMES I. PEARCE‡†
SAMANTHA BATEMAN*
MARY L. DOHRMANN*††
WASHINGTON LITIGATION GROUP

Washington, D.C. 20003
202-594-9958
andrew@democracydefenders.org

/s/ Eduardo E. Santacana
EDUARDO E. SANTACANA*
SIMONA AGNOLUCCI*
ELLIE WINTER BARCZAK*
EVA M. SPITZEN*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
415-693-2531
esantacana@cooley.com
sagnolucci@cooley.com

1717 K St NW
Suite 1120
Washington, DC 20006
202-521-8750
jpearce@washingtonlitigationgroup.org
mdohrmann@washingtonlitigationgroup.org
sbateman@washingtonlitigationgroup.org

‡ Admitted pro hac vice
* Application for pro hac vice forthcoming
† Admitted only in New York and North Carolina; practicing under the supervision of D.C. Bar Members
†† Admitted only in New York; practicing under the supervision of D.C. Bar Members

*Counsel for Plaintiffs Arthur J. Gonzalez, Andrew G. Biggs, and Betty A. Rosa*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2025, I caused a copy of this document to be served by the notice of electronic filing generated by this Court's electronic case filing system upon all counsel of record in this case.

/s/ David C. Indiano
DAVID C. INDIANO
USDCPR Bar. No. 200601
INDIANO & WILLIAMS
207 Del Parque St
7th Floor
San Juan, Puerto Rico 00912
David.indiano@indianowilliams.com
787-641-4545