# Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br><br>Title III<br><br>No. 17-BK-4780-LTS |

## STATUS REPORT OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO IN RESPONSE TO THE COURT'S AUGUST 8, 2025 ORDER SUSPENDING DEADLINES

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (v) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

On October 30, 2024, the Title III case for the Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) was closed.

**To the Honorable United States District Court Judge Laura Taylor Swain:**

In accordance with the Court's *Order Suspending Deadlines* [Case No. 17-bk-3283, ECF No. 29771; Case No. 17-bk-4780, ECF No. 5775] (the "Order"), the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), on behalf of itself and as the sole Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Public Buildings Authority ("PBA"), and the Puerto Rico Electric Power Authority ("PREPA," and together with the Commonwealth, HTA, ERS, and PBA, the "Debtors") pursuant to § 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully submits this status report (the "Status Report") concerning the status of the Oversight Board's membership and what effect, if any, the recent events will have on its participation in matters pending before the Court.

**I.    Background**

1.    On August 5, 2025, the Oversight Board issued a statement that Arthur J. Gonzalez, Cameron McKenzie, Betty A. Rosa, Juan A. Sabater, and Luis A. Ubiñas had been advised through email that their positions as members of the Oversight Board had been terminated.[3]  This action was later confirmed with the Oversight Board verbally by the Office of Presidential Personnel.

---

[2] PROMESA has been codified at 48 U.S.C. §§ 2101-2241.

[3] Available at https://drive.google.com/file/d/1Ic-o4EM7loMSPwGJJqIfl-SBWPyjLZFe/view.

2.	On August 6, 2025, the Oversight Board issued a statement noting that it "continues its day-to-day operations and its work with the administration of Governor Jenniffer González Colón and the Puerto Rico Legislative Assembly as mandated under PROMESA."[4]

3.	On August 8, 2025, the Court entered the Order. Therein, the Court suspended certain deadlines set at the July omnibus hearing with respect to the *PREPA Bondholders' Motion and Memorandum of Law for Allowance of Administrative Expense Claim* [Case No. 17-bk-3283, ECF No. 29173; Case No. 17-bk-4780, ECF No. 5599] (the "Administrative Expense Claim"), including the August 18, 2025 deadline to exchange position papers with the PREPA Bondholders and the August 25, 2025 deadline to file a status report with the Court with respect thereto. Order at 1. The Court also ordered the Oversight Board to file this Status Report.

4.	On August 13, 2025, the Oversight Board issued a statement noting that Andrew G. Biggs' position as a member of the Oversight Board had been terminated.[5] The statement further noted that the Oversight Board "continues its day-to-day operations and its work with the administration of Governor Jenniffer González Colón and the Puerto Rico Legislative Assembly on the priorities around fiscal responsibility as mandated under PROMESA."

**II.	The Status of the Oversight Board's Membership**

5.	In accordance with the Order, the Oversight Board informs the Court that John E. Nixon is currently the sole appointed member of the Oversight Board.

---

[4] Available at https://drive.google.com/file/d/1hzcS5vchPJQq1j1OIgABzZm20sUVboV3/view.

[5] Available at https://drive.google.com/file/d/1fi_A3bEip9Vejy5yiLrKK8-AhK6BxYV5/view.

**III.** **The Oversight Board's Participation in Matters Pending Before the Court**

6. In the PREPA Title III case, the only unstayed and active litigation before the Court is the Administrative Expense Claim.[6] The legal issues raised in the Administrative Expense Claim and the objections thereto have been fully briefed,[7] were argued before the Court on July 23, 2025, and are *sub judice*.

7. Under PROMESA, the Oversight Board, as currently constituted, has the ability and authority to proceed with the Administrative Expense Claim litigation as well as all pending matters in the Title III cases, their adversary proceedings, and contested matters.

8. The PREPA Bondholders[8] have informed the parties by email dated August 19, 2025, of their view that litigation in the PREPA Title III case should not continue until a new Oversight Board is appointed. Conversely, the Official Committee of Unsecured Creditors of PREPA (the "Committee") has informed attorneys for the Oversight Board of its position that litigation of the Administrative Expense Claim should not be stayed pending new appointments to the Oversight Board because the Committee will object to bondholder claims regardless of what the Oversight Board does. The Oversight Board defers to the Court's preference with respect to whether the Administrative Expense Claim discovery and any necessary hearings should be stayed.

---

[6] All other matters in the PREPA Title III have been stayed. *See Order Regarding PREPA Litigation Stay* [Case No. 17-bk-3283, ECF No. 27748; Case No. 17-bk-4780, ECF No. 5286]; *Order Regarding PREPA Litigation Schedule and Relief from the PREPA Litigation Stay* [Case No. 17-bk-3283, ECF No. 29081; Case No. 17-bk-4780, ECF No. 5572] (extending litigation stay *sine die* except as specifically set forth therein).

[7] *See* ECF Nos. 29280, 29306, 29308, 29363, 29425, and 29497 in Case No. 17-bk-3283; ECF Nos. 5629, 5649, 5650, 5668, 5685, and 5700 in Case No. 17-bk-4780.

[8] The PREPA Bondholders are comprised of Assured Guaranty, Inc., GoldenTree Asset Management LP, National Public Finance Guarantee Corporation, the PREPA Ad Hoc Group, Syncora Guarantee, Inc., U.S. Bank National Association as trustee under the Trust Agreement.

That said, the preference of the Oversight Board as presently constituted is to pause the Administrative Expense Claim discovery and any necessary hearings thereon until such time as new Board members are appointed.

9. In respect of matters pending in other Title III cases (*e.g.*, claims reconciliation matters, claim objections, lift stay motions, other adversary proceedings and contested matters), as well as any similar aspect of PREPA's Title III case not involving bondholder claims, the Oversight Board submits such matters can and should proceed in the normal course as directed by the Court.

[*Remainder of Page Intentionally Left Blank*]

Dated: August 25, 2025  
New York, New York

Respectfully submitted,

*/s/ Margaret A. Dale*

Martin J. Bienenstock  
Paul V. Possinger  
Ehud Barak  
Margaret A. Dale  
Michael A. Firestein  
Michael T. Mervis  
(Admitted *Pro Hac Vice*)  
**PROSKAUER ROSE LLP**  
Eleven Times Square  
New York, NY 10036  
Tel: (212) 969-3000  
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for Debtors*

*/s/ Hermann D. Bauer*

Hermann D. Bauer  
USDC No. 215205  
**O'NEILL & BORGES LLC**  
250 Muñoz Rivera Ave., Suite 800  
San Juan, PR 00918-1813  
Tel: (787) 764-8181  
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for Debtors*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

*/s/ Hermann D. Bauer*
Hermann D. Bauer
