# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Abbreviated Record to the Court of Appeals

**DATE:** December 3, 2025

**DC #:** 25-1508 (MAJ) / NOTICE OF INTERLOCUTORY APPEAL

**APPEAL FEE PAID:**     YES __X__    NO _____

**CASE CAPTION:**     González et al   v.   Gor et al

**IN FORMA PAUPERIS:**     YES _____    NO __X__

**MOTIONS PENDING:**     YES __X__    NO _____

**NOTICE OF APPEAL FILED BY:**     Defendants

**APPEAL FROM:**     Opinion and Order entered on 10/03/2025

**SPECIAL COMMENTS:**     Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

Docket Entries    88 & 97

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated record on appeal in the case.

ADA I. GARCIA-RIVERA, ESQ.
Clerk of the Court

S/ Idnar Díaz
Idnar Díaz
Deputy Clerk

s/c:  CM/ECF Parties, Appeals Clerk