IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ARTHUR GONZALEZ, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SERGIO GOR, *et al.*, <br><br> *Defendants*. | Case No. 25-CV-1508-MAJ |

**UNITED STATES DEFENDANTS' UNOPPOSED
MOTION TO STAY PROCEEDINGS PENDING
THE SUPREME COURT'S DECISION IN *TRUMP V. COOK***

Defendants President Donald J. Trump and Sergio Gor ("United States Defendants") respectfully move to stay all proceedings in this action pending the outcome of the Supreme Court's proceeding in *Trump v. Cook*, No. 25A312. The United States Defendants conferred with Plaintiffs and Defendants John E. Nixon and Robert F. Mujica regarding this motion, and all stated that they do not oppose this motion.

In support of this motion, United States Defendants state the following:

(1) This Court has broad discretion to stay proceedings under its inherent powers "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).

(2) A stay here is warranted because the Supreme Court is currently addressing issues that can directly impact this proceeding in *Trump v. Cook*, No. 25A312, including the scope of reviewability when the President removes someone from public office for cause and whether a person who holds public office may be restored to that office once removed. This Court relied on

1

the district court's decision in *Cook* when it issued its opinion and order granting a preliminary injunction in this case. *See generally* Opinion and Order, ECF No. 88. *Cook* is set for oral argument in the Supreme Court on January 21, 2026.

(3)     There is also no possibility that the stay will harm any party because the Court's preliminary injunction will remain in effect, so Plaintiffs will continue to hold their positions on the Financial Oversight and Management Board for Puerto Rico while the stay is in effect.

(4)     Staying the proceedings will also preserve judicial resources, as the parties will not have to file dispositive motions that largely duplicate the arguments already presented to this Court.

(5)     The United States Defendants conferred with Plaintiffs regarding this motion, and Plaintiffs stated that they did not oppose a stay in the district court proceedings pending the decision in *Cook*. Similarly, Defendants Nixon and Mujica relayed that they do not oppose the motion.

(6)     If the Court grants this motion, the parties will confer about the next steps of the proceedings before this Court and submit a joint status report once the Supreme Court issues its decision in *Cook*.

Dated:   December 19, 2025            Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director

W. STEPHEN MULDROW
United States Attorney
350 Chardon Avenue
Torre Chardon, Suite 1201

Hato Rey, Puerto Rico, 00918

PRISCILA M. ACEVEDO
Assistant United States Attorney
USDC-PR No. 307301
Tel: 787-282-1847
priscila.acevedo@usdoj.gov

<u>/s/ J. Stephen Tagert</u>
J. STEPHEN TAGERT
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8486
stephen.tagert@usdoj.gov

*Counsel for Defendants President Donald J. Trump and Sergio Gor*