# United States Court of Appeals
## For the First Circuit

No. 25-2158

ARTHUR J. GONZALEZ, in the personal capacity and in the official capacity as Member of the Federal Oversight and Management Board for Puerto Rico; ANDREW G. BIGGS, in the personal capacity and in the official capacity as Member of the Federal Oversight and Management Board for Puerto Rico; BETTY A. ROSA, in the personal capacity and in the official capacity as Member of the Federal Oversight and Management Board for Puerto Rico,

Plaintiffs - Appellees,

v.

SERGIO GOR, in the official capacity as Director of the White House Personnel Office; DONALD J. TRUMP, in the official capacity as President of the United States of America,

Defendants - Appellants,

JOHN E. NIXON, in the official capacity as Member of the Federal Oversight and Management Board for Puerto Rico; ROBERT F. MUJICA, JR., in the official capacity as the Executive Director of the Federal Oversight and Management Board for Puerto Rico,

Defendants - Appellees.

Before

Gelpí, Montecalvo, and Aframe,
Circuit Judges.

**JUDGMENT**

Entered: August 17, 2026

Defendant-appellants have filed an unopposed Motion to Govern Future Proceedings in which they request that this matter be remanded to the district court. In light of the Supreme Court's opinion in Trump v. Cook, 609 U.S. ___, 146 S.Ct. 2234 (2026), the motion is allowed and this matter is remanded to the district court for further proceedings. Mandate shall issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. María Antongiorgi-Jordán
Ada García-Rivera, Clerk, United States District Court for the District of Puerto Rico
David C. Indiano-Vicic
Vanesa Vicéns Sanchez
James I. Pearce
Simona A. Agnolucci
Joanne J. Pimentel-De Jesús
Norman Larry Eisen
Eduardo E. Santacana
Eleanor Barczak
Eva Spitzen
Dennise Noemi Longo-Quiñones
Priscila Acevedo
Juan Carlos Reyes-Ramos
Laura Myron
Luis Francisco Del-Valle-Emmanuelli
Margaret Antinori Dale
John E. Roberts
Mark David Harris
Michael A. Firestein
Shannon McGowan
Ramon L. Rosario-Cortés
R. Trent McCotter