# United States Court of Appeals
## For the First Circuit

No. 25-2158

ARTHUR J. GONZALEZ, in the personal capacity and in the official capacity as Member of the Federal Oversight and Management Board for Puerto Rico; ANDREW G. BIGGS, in the personal capacity and in the official capacity as Member of the Federal Oversight and Management Board for Puerto Rico; BETTY A. ROSA, in the personal capacity and in the official capacity as Member of the Federal Oversight and Management Board for Puerto Rico,

Plaintiffs - Appellees,

v.

SERGIO GOR, in the official capacity as Director of the White House Personnel Office; DONALD J. TRUMP, in the official capacity as President of the United States of America,

Defendants - Appellants,

JOHN E. NIXON, in the official capacity as Member of the Federal Oversight and Management Board for Puerto Rico; ROBERT F. MUJICA, JR., in the official capacity as the Executive Director of the Federal Oversight and Management Board for Puerto Rico,

Defendants - Appellees.

**MANDATE**

Entered: August 17, 2026

In accordance with the judgment of August 17, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
David C. Indiano-Vicic, Vanesa Vicéns Sanchez, James I. Pearce, Simona A. Agnolucci, Joanne J. Pimentel-De Jesús, Norman Larry Eisen, Eduardo E. Santacana, Eleanor Barczak, Eva Spitzen, Dennise Noemi Longo-Quinones, Priscila Acevedo, Juan Carlos Reyes-Ramos, Laura Myron, Luis Francisco Del-Valle-Emmanuelli, Margaret Antinori Dale, John E. Roberts, Mark David Harris, Michael A. Firestein, Shannon McGowan, Ramon L. Rosario-Cortés, R. Trent McCotter