**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

ARTHUR GONZALEZ, *et al.*,

*Plaintiffs*,

v.

DANIEL SCAVINO, JR., *et al.*,

*Defendants*.

Case No. 25-CV-1508-MAJ

**UNITED STATES DEFENDANTS' RESPONSE TO THIS**
**COURT'S ORDER (ECF NO. 104)**

Defendants President Donald J. Trump and Daniel Scavino, Jr., ("United States Defendants") respond to this Court's order dated August 18, 2026. *See* Order to Show Cause, ECF No. 104. The United States Defendants respond that they do not oppose converting the Court's Opinion and Order dated October 3, 2025 (ECF No. 88)—which held that "Plaintiffs likely were not afforded the minimal requisite procedural protections of notice and an opportunity to respond before" they were removed in August 2025, *see id.* at 22—into a permanent injunction relating to the Plaintiffs' removals in August 2025. The United States Defendants do not understand the Court's Opinion and Order to preclude any future removals of Plaintiffs consistent with law.

Dated: August 31, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director

W. STEPHEN MULDROW
United States Attorney
350 Chardon Avenue
Torre Chardon, Suite 1201
Hato Rey, Puerto Rico, 00918

PRISCILA M. ACEVEDO
Assistant United States Attorney
USDC-PR No. 307301
Tel: 787-282-1847
priscila.acevedo@usdoj.gov

*/s/ J. Stephen Tagert*
J. STEPHEN TAGERT
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8486
stephen.tagert@usdoj.gov

*Counsel for Defendants President Donald J. Trump and Daniel Scavino, Jr.*