**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **ARTHUR GONZALEZ, in his personal capacity and in his official capacity as Member of the Financial Oversight and Management Board for Puerto Rico**<br><br>**ANDREW G. BIGGS, in his personal capacity and in his official capacity as Member of the Financial Oversight and Management Board for Puerto Rico**<br><br>**BETTY A. ROSA, in her personal capacity and in her official capacity as Member of the Financial Oversight and Management Board for Puerto Rico**<br><br>***Plaintiffs,***<br><br>**v.**<br><br>**SERGIO GOR, in his official capacity as Director of the White House Personnel Office**<br><br>**JOHN E. NIXON, in his official capacity as Member of the Financial Oversight and Management Board for Puerto Rico**<br><br>**ROBERT F. MUJICA, in his official capacity as the Executive Director of the Financial Oversight and Management Board for Puerto Rico**<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States of America**<br><br>***Defendants.*** | **No. 3:25-cv-01508-MAJ** |

**JOHN E. NIXON AND ROBERT F. MUJICA'S**
**RESPONSE TO ORDER TO SHOW CAUSE**

To the Honorable Judge Maria Antongiorgi-Jordan, United States District Judge:

John E. Nixon, in his official capacity as Member of the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), and Robert F. Mujica, in his official capacity as Executive Director of the Oversight Board (collectively, the "Relief Parties"), hereby respond to the Court's August 18, 2026 Order to Show Cause (Dkt. 104) as follows:

Relief Parties respectfully state that they take no position as to the conversion of the preliminary injunction to a permanent injunction, or to the form or scope of any permanent injunction the Court may enter. Relief Parties will abide by any order entered by the Court.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 31st day of August, 2026.

**OF COUNSEL FOR**
**A&S LEGAL STUDIO, PSC**

_/s/ Luis F. del Valle-Emmanuelli_
Luis F. del Valle-Emmanuelli
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel: (787) 977-1932
Fax: (787) 722-1932
dvelawoffices@gmail.com

**PROSKAUER ROSE LLP**

_/s/ Margaret A. Dale_
Margaret A. Dale
Mark D. Harris
Javier F. Sosa
(Admitted *Pro Hac Vice*)
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
mdale@proskauer.com
mharris@proskauer.com
jsosa@proskauer.com

Michael A. Firestein
(Admitted *Pro Hac Vice*)
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
Tel: (310) 557-2900
Fax: (310) 557-2193
mfirestein@proskauer.com

Shannon D. McGowan
(Admitted *Pro Hac Vice*)
1001 Pennsylvania Ave NW
Suite 600
Washington, DC 20004
Tel: (202) 416-6800
Fax: (202) 416-6899
smcgowan@proskauer.com

*Counsel for John E. Nixon and Robert F. Mujica*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 31, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in the case.

*/s/ Luis F. del Valle-Emmanuelli*
Luis F. del Valle-Emmanuelli