**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **ARTHUR GONZALEZ, *et al.*,**<br>***Plaintiffs*,**<br>**v.**<br>**SERGIO GOR, *et al.*,**<br>***Defendants*.** | Civil No. 25-1508 (MAJ) |

## JUDGMENT

In accordance with the Order entered on this same date (**ECF No. 109**), judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety.

No attorneys' fees or costs are levied upon any party.

This case is now closed for administrative and statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 19th day of October 2026.

**/s/ María Antongiorgi-Jordán**
**MARIA ANTONGIORGI-JORDAN**
**UNITED STATES DISTRICT JUDGE**